UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.


CARMEL D. BROWN,

      Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.      Plaintiff alleges violations of the Fair Debt Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

## JURISDICTION AND VENUE

2.      This Court has jurisdiction under 28 U.S.C. §§1331,1337, and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.      Plaintiff, Carmel D. Brown, is a natural person, and a citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, NCO Financial Systems, Inc. is a corporation and citizen of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania 19044.

5.      Defendant regularly uses the mail and telephone in a business, the purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's residential telephone on or about the dates and times stated:

**March 7, 2012 11:47 A.M.**
No Discernible  Message.

**March 7, 2012 11:49 A.M.**
No Discernible  Message.

**March 7, 2012 2:12 P.M.**
No Discernible  Message.

**March 7, 2012 4:35 P.M.**
No Discernible  Message.

**March 7, 2012 6:30 P.M.**
No Discernible  Message.

**March 7, 2012 6:45 P.M.**
No Discernible  Message.

**March 7, 2012 8:03 P.M**.

No Discernible  Message.

**March 8, 2012 8:27 A.M.**
No Discernible  Message.

**March 8, 2012 8:35 A.M.**
No Discernible  Message.

**March 8, 2012 10:30 A.M.**
No Discernible  Message.

**March 8, 2012 10:33 A.M.**
No Discernible  Message.

**March 8, 2012 1:05 P.M.**
No Discernible  Message.

**March 8, 2012 1:05 P.M.**
No Discernible  Message.

**March 8, 2012 4:54 P.M.**
No Discernible  Message.

**March 8, 2012 7:15 P.M.**
This is an important message from NCO financial Systems inc.  The law requires that
we notify you that this is a debt collections company.  This is an attempt to collect a
debt and any information obtained will be used for that purpose.  Please call Maui
Polinar today at 877-278-5297.  Once again the number is 877-278-5297.  Thank
You.

**March 8, 2012 8:26 P.M.**
No Discernible  Message.

**March 9, 2012 8:24 A.M.**
No Discernible  Message.

**March 9, 2012 8:41 A.M.**
No Discernible  Message.

**March 9, 2012 11:55 A.M.**

No Discernible Message.

**March 9, 2012 1:20 P.M.**
No Discernible  Message.

**March 9, 2012 3:24 P.M.**
No Discernible  Message.

**March 9, 2012 3:42 P.M.**
No Discernible  Message.

**March 9, 2012 4:46 P.M.**
No Discernible  Message.

**March 9, 2012 6:15 P.M.**
No Discernible  Message.

**March 10, 2012 2:33 P.M.**
No Discernible  Message.

**March 10, 2012 6:52 P.M.**
No Discernible  Message.

**March 10, 2012 4:46 P.M.**
No Discernible  Message.

**March 11, 2012 9:46 A.M.**
No Discernible  Message.

**March 11, 2012 10:24 A.M.**
No Discernible  Message.

**March 11, 2012 12:46 P.M.**
No Discernible  Message.

**March 11, 2012 12:58 P.M.**
No Discernible  Message.

**March 11, 2012 3:38 P.M.**
No Discernible  Message.

**March 11, 2012 5:22 P.M.**
No Discernible  Message.

**March 11, 2012 5:29 P.M.**
No Discernible  Message.

**March 11, 2012 6:21 P.M.**
No Discernible  Message.

**March 11, 2012 6:49 P.M.**
No Discernible  Message.

**March 11, 2012 8:13 P.M.**
No Discernible  Message.

**March 11, 2012 8:21 P.M.**
No Discernible  Message.

**March 11, 2012 12:46 P.M.**
No Discernible  Message.

**March 12, 2012 8:48 A.M.**
No Discernible  Message.

**March 12, 2012 9:30 A.M.**
No Discernible  Message.

**March 12, 2012 11:01 A.M.**
Hello Carmel.  Hello.  Hello.  Hello.

**March 12, 2012 12:19 P.M.**
No Discernible  Message.

**March 12, 2012 1:24 P.M.**
No Discernible  Message.

**March 12, 2012 5:29 P.M.**
No Discernible  Message.

**March 12, 2012 6:44 P.M.**
No Discernible  Message.

**March 12, 2012 7:15 P.M.**
No Discernible  Message.

**March 12, 2012 8:31 P.M.**
No Discernible  Message.

**March 13, 2012 8:10 A.M.**
Carmel, Hello Carmel Brown.

**March 13, 2012 8:18 A.M.**
No Discernible  Message.

**March 13, 2012 10:18 A.M.**
No Discernible  Message.

**March 13, 2012 10:31 A.M.**
No Discernible  Message.

**March 13, 2012 11:40 A.M.**
No Discernible  Message.

**March 13, 2012 11:50 A.M.**
No Discernible  Message.

**March 13, 2012 4:35 P.M.**
No Discernible  Message.

**March 13, 2012 7:45 P.M.**
No Discernible  Message.

**March 14, 2012 8:51 A.M.**
Carmel.  Hello.  Hello Carmel.  Hello.  Hello.

**March 14, 2012 8:53 A.M.**
No Discernible  Message.

**March 14, 2012 10:45 A.M.**

No Discernible  Message.

**March 14, 2012 1:25 P.M.**
No Discernible  Message.

**March 14, 2012 4:13 P.M.**
No Discernible  Message.

**March 14, 2012 5:14 P.M.**
No Discernible  Message.

**March 14, 2012 7:22 P.M.**
No Discernible  Message.

**March 14, 2012 8:11 P.M.**
No Discernible  Message.

**March 15, 2012 8:30 A.M.**
No Discernible  Message.

**March 15, 2012 8:35 A.M.**
No Discernible  Message.

**March 15, 2012 9:37 A.M.**
No Discernible  Message.

**March 15, 2012 11:49 A.M.**
No Discernible  Message.

**March 15, 2012 2:09 P.M.**
No Discernible  Message.

**March 15, 2012 3:50 P.M.**
No Discernible  Message.

**March 15, 2012 4:40 P.M.**
No Discernible  Message.

**March 15, 2012 5:47 P.M.**
No Discernible  Message.

**March 15, 2012 8:42 P.M.**
No Discernible  Message.

**March 16, 2012 8:55 A.M.**
No Discernible  Message.

**March 16, 2012 9:33 A.M.**
No Discernible  Message.

**March 16, 2012 10:29 A.M.**
No Discernible  Message.

**March 16, 2012 1:35 P.M.**
No Discernible  Message.

**March 16, 2012 5:43 P.M.**
No Discernible  Message.

11.     Defendant left similar or identical messages on other occasions (Collectively, "the

telephone messages.")

12.     The messages are "communications" as defined by 15 U.S.C. §1692a(2).  See

*Berg v. Merchs. Ass'n Collection Div.,* Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008

U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff in the messages that the communication was

from a debt collector and failed to disclose the purpose of Defendant's messages and failed to

disclose Defendant's name.


**COUNT I**
**FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR**

14.     Plaintiff incorporates Paragraphs 1 through 13.

15.     Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(111).  See *Foti v. Nco Fin Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist LEXIS 47953 (M. D. Fla 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist LEXIS 67719 (D.N.Y. 2006).

WHEREFORE,  Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.   Damages;

    b.   Attorney's fees, litigation expenses and costs of suit; and

    c.   Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.     Plaintiff incorporates Paragraphs 1 through 13.

17.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C. §1692d(6).  See *Valencia v. The Affiliated Group, Inc.,* Case No. 07-61381-Civ-Narra/Johnson, 2008 U.S. Dist. LEXIS 73008, (S.D. Fla., September 23, 2008); Wright *v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assoc.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter Judgment in favor of Plaintiff and against Defendant for:

    a.   Damages;

b.   Attorney's fees, litigation expenses and costs of suit; and

c.   Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

18.     Plaintiff incorporates Paragraphs 1 through 13.

19.     Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the

intent to annoy, abuse or harass in violation of 15 U.S.C. §1692d(5).  See *Sanchez v. Client*

*Servs.,* 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff

and against Defendant for:

a.   Damages;

b.   Attorney's Fees, litigation expenses and costs of suit; and

c.   Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

SHMUCHER LAW, PL
Attorney for Plaintiff
160 NW 176th Street Ste 304
Miami, FL 33169
Telephone: 954-309-5559
Facsimile: 305-493-1922
ofer@flbankrupt.com

By: s/ Ofer Shmucher
Ofer Shmucher, Esq.
Florida bar No. 70628