UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-cv-60508

CARMEL D. BROWN,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc. ("NCO") by its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to plaintiff's claims. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED this 13th day of April 2012.

        Respectfully submitted,

        /s/ Kenneth C. Grace
        Kenneth C. Grace, Esq.
        Florida Bar No.: 0658464
        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
        3350 Buschwood Park Drive, Suite 195
        Tampa, FL 33618
        Telephone:   (813) 890-2463
        Fax: (866) 466-3140
        kgrace@sessions-law.biz
        *Counsel for NCO Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 13th day of April 2012, a copy of the foregoing was served electronically via CM/ECF on:

Shmucher Law, P. L.
Ofer Shmucher
160 NW 176th. Street, Suite 304
Miami, FL  33169

/s/ Kenneth C. Grace
Attorney

746023